No. 10201. STATE OF MONTANA ex rel. ERNEST O.
EMERY, RELATOR, v. DISTRICT COURT OF THE FOURTH
JUDICIAL DISTRICT of Montana, In and for the COUNTY
OF MISSOULA, and the HONORABLE E. GARDNER
BROWNLEE, as Presiding Judge thereof, and ANTHONY F.
KEAST, as County Attorney of Missoula County, Montana,
a political subdivision of the State of Montana, RESPONDENTS.

Submitted November 17, 1960.

Decided November 22, 1960.

356 P.2d 931

*Stanley M. Doyle,* Polson, and *Thomas E. Mulroney,* Attor-
neys for Relator.

(647)

MR. CHIEF JUSTICE HARRISON:

Original proceeding. Petition for writ of mandate wherein relator seeks production by the County Attorney of Missoula County of certain notes or letters left by a decedent that they might be examined by relator's counsel. The relator filed a demand to produce in the district court which request was overruled and denied by such court.

This court in State ex rel. Keast v. District Court, 135 Mont. 545, 342 P.2d 1071, discussed the applicable principles of law, and we perceive no reason to depart therefrom in this proceeding.

The writ is denied and the proceeding dismissed.

MR. JUSTICES ANGSTMAN and CASTLES concur.